# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Dwight Alexander Rudisill, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:19-cv-00112-MR |
| | ) | 4:98-cr-00212-MR |
| vs. | ) | |
| | ) | |
| USA, | ) | |
| | ) | |
| Respondents. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 24, 2019 Order.

May 24, 2019

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court